# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ANTHONY CURTIS UNDERWOOD,**   CASE NO. 2:07-cv-428
                                  CRIM. NO. 2:05-cr-114
      Petitioner,   JUDGE GRAHAM
                                  MAGISTRATE JUDGE ABEL
v.

**ERNIE MOORE, Warden,**

      Respondent.

## OPINION AND ORDER

On March 24, 2008, the Magistrate Judge recommended that the instant motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

    IT IS SO ORDERED.

Date: April 17, 2008                                   s\James L. Graham
                                                                 James L. Graham
                                                                 United States District Judge